UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE CROWELL,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>         Defendants. | Case No.   1:26-cv-01965-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 11)<br><br>ORDER DIRECTING CLERK OF COURT TO REVISE DOCKET |

On May 13, 2026, Plaintiff filed a "request for dismissal" stating as follows: "Plaintiff Dale Crowell by and through his attorney of record, hereby requests that the Court dismiss the United States of America without prejudice." (ECF No. 11, p. 1) (capitalization omitted). The Court construes this filing as a notice of voluntarily dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) because the United States of America has not yet served either an answer or motion for summary judgment.

Accordingly, in light of the voluntary dismissal, the case against the United States of America has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

\\\

\\\

\\\

\\\

1

The Clerk of Court is directed to terminate the United States of America as a defendant and revise the case caption from "*Crowell v. United States of America et al*" to "*Crowell v. Family Healthcare Network*" or some similar caption consistent with the Clerk of Court's standard practices.

IT IS SO ORDERED.

Dated:    **May 14, 2026**                  /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2